Brett W. Johnson (#021527)
Ian R. Joyce (#035806)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Telephone: 602.382.6000
Email: bwjohnson@swlaw.com
           ijoyce@swlaw.com

Ian Shelton (*pro hac vice* forthcoming)
EVERSHEDS SUTHERLAND (US) LLP
600 Congress Ave, Suite 2000
Austin, TX 78701
Telephone: 512.721.2714
Email: ianshelton@eversheds-sutherland.com

*Attorneys for Plaintiff Nexo Capital Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nexo Capital Inc., <br><br> Plaintiff, <br><br> v. <br><br> Lance Johansen, <br><br> Defendant. | No. <br><br> **COMPLAINT AND JURY TRIAL DEMAND** <br><br> Assigned to: |

## **COMPLAINT**

Plaintiff Nexo Capital Inc. ("Nexo"), by and through counsel, alleges against Defendant Lance Johansen as follows:

## **PARTIES**

1. Plaintiff Nexo is a Cayman Islands corporation with its principal place of business in the United Kingdom. Nexo is a trusted lending institution in the digital finance industry.

2. Defendant Lance Johansen is an individual resident and citizen of Arizona.

## JURISDICTION AND VENUE

3. This court has subject matter jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.

4. Mr. Johansen is an individual resident and citizen of Arizona. Nexo is a Cayman Islands corporation with its principal place of business in the United Kingdom. Consequently, Nexo is not a citizen of Arizona. The amount of controversy, including the amount Nexo has been damaged by Mr. Johansen's false and defamatory statements, exceeds $75,000.

5. Venue is appropriate under 28 U.S.C. § 1391(b)(1) and (2), as Mr. Johansen resides in this district and a substantial part of the events giving rise to this claim occurred here.

## FACTUAL ALLEGATIONS

6. Mr. Johansen began publishing false and defamatory statements against Nexo in early 2021.

7. These defamatory statements were posted on at least one online review platform, Trustpilot.com, which is available to and accessible by the public over the Internet. On information and belief, current and potential Nexo customers regularly view the reviews of Trustpilot when making decisions whether to start a business relationship with Nexo, whether to continue doing business with Nexo, and whether to do additional business with Nexo.

8. Mr. Johansen's defamatory statements include (but are not limited to) the following (all of which are reproduced as written):

> January 10, 2021: "Nexo ruined 10,000 plus lives by removing clients ability to repay their loan. Said they will liquidate a small payment but then liquidated entire accounts instead of freezing the asset. Then they changed their terms and conditions to say we can do whatever we want to do without notifying the customer. Then tried to say they didn't change the terms but we have screenshots. Then now are trying to offer us a solution because they know we are about to sue them into bankruptcy that's why tons of employees are quitting right now. And the cherry on top is they are 99% going to steal our spark tokens too. Hitler looks like

an Angel compared to Nexo. They are hiring bots to write good reviews because they are getting demolished online."

January 17, 2021: "Nexo is a scam and has been a scam for 2 years. A year ago they liquidated most of their customers entire accounts. Now they removed the ability to repay XRP loans right before it crashed and sold their entire accounts at rock bottom to themselves! They advertise as a risk free non margin platform that will take small payments but instead are ran big a an ex felon! Also they are keeping 85% of the FXRP with no notice!!!!! Stay away!!!!!"

January 21, 2021: "This company has broken so many homes and families by not notifying their clients that they were going to trap them from their ability to repay their XRP collateral loan right before the crash. This caused hundreds of people to loose their life savings and sadly some have even committed suicide. How did they respond? By saying their terms allow them to do that and if we write a bad review they have sent lawyers to send cease and desist emails to threaten us. JUST WOW!! LAWUIT INCOMING!!"

January 31, 2021: "This platform is a complete fraud!! They are posting fake bot accounts to raise their reviews and also robbed all XRP owners blind. Lawsuits pending!!!"

February 19, 2021: "Scam beware!!! They consistently remove your ability to repay the collateralized loan, forcing people to loose ALL their hard Warner money where a coin is going down. How convenient for Nexo they then sell your XRP back to themselves are a super premium discount. They have done this 6 different times over a year with 4 separate excuses. They are cute Roy getting sued by 4 separate lawyers and have been posting fake reviews and getting new Trustpilot accounts to hide the evidence."

March 3, 2021: "Nexo recently sent me 2 cease and desist letters because I am speaking the truth about their criminal enterprise they are running. Just read through the reviews at all the customers that had XRP collateralized loans and conveniently had their ability to repay that loan in XRP. They are literally trying to say because they changed their terms and agreements to say they can basically whatever they want that they are good. They do NOT care about their customers and will do whatever it takes to cover their tracks . . . . DO NOT TRUST THIS COMPNAY THAT RUINS LIVES AND THEN TRIES TO HIDE BEHIND FINE PRINT AND THREATEN WITH LETTERS!"

March 11, 2021: "Run for the hills!!! If you want a company that randomly changes their terms and agreements and randomly disables your ability to repay collateralized loans trapping you in a doomsday scenario where they can literally liquidate you at will of a stock tanks then this is the scam for you!!"

March 18, 2021: "Run for the hills!!!! If you want an exchange that removes your ability to repay your collateralized loan until it crashes and they steal it all then this is exchange is for you. Be ok related to loose everything you own if you do a collateralized loan with them."

March 20, 2021: "Entire org should be in jail for life! Run for the hills!!! They are full of BS. They removed so many users ability to repay their XRP collateralized loan which resulted in billions of dollars lost. The lawsuit came out that only Ripple and Brad G can be sued for illegally selling a security so Nexo criminally removed the XRP and is now in extremely hot water. I just hope they don't go belly up before our spark is distributed."

March 29, 2021: "Absolute worst company of any company out there with the shadiest characters you can drum up. . . Thousands and thousands of people unhappy with Nexo removing their ability to replay collateralized loan and then they attacked their customers after ripping them off with cease and desist letters for speaking the truth. Truly pathetic and spineless cowards."

9. Nexo never said it would "liquidate a small payment but then liquidated entire accounts instead of freezing the asset." Nexo Crypto Credits General Terms and Conditions are, and have been, consistently clear on what triggers liquidations (also known as margin calls). Nexo has not "randomly" changed its Terms and Conditions to allow it to do "whatever [it] want[s];" but rather it has been very clear on what happens should a customer fail to maintain the required Loan-to-Value ratio. In addition, Nexo was not and is not posting fake reviews or fake bot accounts. Nexo is not run by an ex-felon and has never "attacked" its customers. Nor is Nexo involved in any criminal activity. All of Mr. Johansen's statements are false and defamatory.

10. Mr. Johansen's statements accusing Nexo of "not notifying their clients that they were going to trap them from their ability to repay their XRP collateral loan" and "rob[bing] all XRP owners blind" are false and defamatory. Because of the court proceedings launched against Ripple Labs Inc. by the United States Securities and Exchange Commission, Nexo temporarily suspended repayments of Nexo crypto credits with XRP, as well as exchange services related to the XRP token. This action, taken in light of events beyond Nexo's control, is permissible and consistent with the Nexo Crypto Credits General Terms and Conditions.

11. Nexo has not caused its customers to commit "suicide." Mr. Johansen's statement is false and defamatory.

12. There were no "lawsuits pending" against Nexo related to Mr. Johansen's false allegations when he made those allegations. Mr. Johansen's statement is false and defamatory.

13. The Nexo platform is not a "fraud" and is not a "criminal enterprise." Mr. Johansen's statement is false and defamatory.

14. Nexo has sent two cease and desist letters to Mr. Johansen, explaining the circumstances of the events to which Mr. Johansen alluded, asking that he cease and desist from making further defamatory statements, and requesting that he delete the statements he had already published.

15. Mr. Johansen refused to do so. In fact, after receiving these letters, Mr. Johansen published further comments:

> February 26: "We have a discord of thousands of people that are finding lawyers to take down Nexo for 'illegal' activity. They are sending us cease and desist letters after F'ng all of us and ruining all of our lives. Justice will be sooo sweet!!!!"

16. Nexo has not engaged in "illegal" activity. Mr. Johansen's statement is false and defamatory.

17. One of Mr. Johansen's false and defamatory comments is his statement that Nexo hired bots or individuals to post false *positive* reviews about Nexo. Showing his animus and malice, Nexo discovered that Mr. Johansen is actually conspiring in the same type of wrongful conduct that he accuses Nexo of doing—hiring bots or individuals to post false *negative* reviews about Nexo. In particular, Mr. Johansen is a member of a "Discord" group discussing the purchase and posting of additional false and defamatory reviews about Nexo on TrustPilot and other public online forums and review sources. For example, one message in the "Discord" group states: "Alright I've got a pretty solid offer for 45 reviews @ $2/review – we get access to the gmail accounts to delete the reviews if we need to.. $45 up front, $45 at the end.. 45 reviews in 3 days on TrustPilot.. I told him I'd let the group know. If it were up to me, we'd do 1000 in 1 day."

18. Mr. Johansen's messages in the "Discord" group reveal his complicity in the effort to publish fake reviews, and his intent and malice in publishing knowingly defamatory statements. On January 15, 2021, Mr. Johansen messaged the "Discord" group: "Nexo bad reviews on trustpilot went from 2% bad reviews to 3% let's keep crushing them into oblivion." Two days later, Mr. Johansen messaged, "We need to tank every review site and blast YouTube and Twitter nonstop[.]"

19. When Nexo began reaching out to Mr. Johansen to attempt to halt the defamation, Mr. Johansen messaged on the "Discord" group, "I got a cease and desist letter to stop posting defamatory stuff etc . . . I literally told them to suck it and then went and posted another review . . . I'm going to write twice as many now[.]"

20. When Nexo sent a second cease and desist letter, Mr. Johansen reacted much the same in his messages to the "Discord" group: "Got another cease and desist letter lmao. I said kindly go fuck yourself because we are suing you into oblivion . . . I hope I see one of them in person it won't be pretty and I'll probably be in jail for life . . . I'm posting twice a day now until either they sue me or something happens[.]"

**COUNT 1: DEFAMATION**

21. Nexo incorporates by reference the paragraphs set forth above as if each were separately restated herein.

22. Mr. Johansen made false statements concerning Nexo. These statements usually referred to Nexo by name or were attached to past posts that referred to Nexo by name.

23. These statements are provably false, bring Nexo into disrepute, contempt, or ridicule. They include, without limitation, (1) accusing Nexo of engaging in criminal or illegal activity against its customers, (2) accusing Nexo of engaging in fraud against its customers, (3) accusing Nexo of hiring bots to post false positive reviews, (4) accusing Nexo of "rob[bing] all XRP owners blind," and (5) stating that Nexo is run by an ex-felon.

24. Mr. Johansen's statements, on their face and without the aid of any extrinsic matter, bring Nexo into disrepute, contempt, or ridicule and impeach Nexo's honesty, integrity, virtue, and reputation.

25. Mr. Johansen knew that his statements were false when he made them.

26. Alternatively, Mr. Johansen acted in reckless disregard concerning the truth of his statements.

27. Alternatively, Mr. Johansen acted negligently by failing to ascertain the falsity of his statements.

28. Mr. Johansen's statements damaged Nexo and impaired its reputation.

## COUNT 2: COMMERCIAL DISPARAGEMENT

29. Nexo incorporates by reference the paragraphs set forth above as if each were separately restated herein.

30. Mr. Johansen made statements about Nexo that were false, intentional, and derogatory.

31. Mr. Johansen intended to cause financial harm to Nexo. This intent can clearly be seen in his statement that potential Nexo clients should "run for the hills." These statements are provably false, bring Nexo into disrepute, contempt, or ridicule. They include, without limitation, (1) accusing Nexo of engaging in criminal or illegal activity against its customers, (2) accusing Nexo of engaging in fraud against its customers, (3) accusing Nexo of hiring bots to post false positive reviews, (4) accusing Nexo of "rob[bing] all XRP owners blind," and (5) stating that Nexo is run by an ex-felon.

32. Mr. Johansen knew his statements were false and/or acted with reckless disregard as to the truth and falsity of the statements. Mr. Johansen acted improperly and without privilege and knew or should have known that the statements would likely cause Nexo harm. Thus, Mr. Johansen acted with malice.

33. Mr. Johansen's statements caused Nexo financial harm.

## COUNT 3: TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS

34. Nexo had valid contractual and business relationships with its current clients and customers.

35. Mr. Johansen, by posting false reviews on Trustpilot and other online platforms, intentionally interfered with these relationships.

36. Mr. Johansen's statements damaged Nexo by dissuading current customers from maintaining their existing business relationship with Nexo or from engaging in new or additional business transactions with Nexo.

37. Mr. Johansen was motivated by a desire to hurt Nexo's business, as shown in his messages in "Discord." His statements directly caused damage to Nexo's reputation and business by discouraging current clients from maintaining their existing business relationship with Nexo or from engaging in new or additional business transactions with Nexo.

38. Mr. Johansen is not in competition with Nexo. Mr. Johansen has no legitimate economic motive to make these statements. His only motive was to damage Nexo's business and reputation.

39. Mr. Johansen's actions were improper. Mr. Johansen's conduct does not merit protection as it furthers no valid social interest.

## COUNT FOUR: TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY

40. Nexo had valid business expectancies with future customers—a discrete class of potential borrowers who wish to engage in collateralized loan transactions with Nexo.

41. Mr. Johansen, by posting false reviews on Trustpilot and other online platforms, intentionally interfered with these expectancies.

42. Mr. Johansen's statements caused damage to Nexo by dissuading potential future customers from doing business with Nexo.

43. Mr. Johansen was motivated by a desire to hurt Nexo's business, as shown in his messages in "Discord." His statements directly caused damage to Nexo's reputation and business by dissuading future clients from doing business with Nexo.

44. Mr. Johansen is not in competition with Nexo. Mr. Johansen has no legitimate economic motive to make these statements. His only motive was to damage Nexo's business and reputation.

45. Mr. Johansen's actions were improper. Mr. Johansen's conduct does not merit protection as it furthers no valid social interest.

## **RELIEF**

**WHEREFORE**, Nexo prays for judgment against Mr. Johansen as follows:

a. For an injunctive relief requiring that Mr. Johansen cease publishing false and defamatory statements about Nexo and to retract and/or delete his prior false and defamatory statements;

b. For general damages to be proven at trial;

c. For special damages to be proven at trial;

d. For punitive damages sufficient to punish and deter Mr. Johansen;

e. For attorneys' fees; and

f. For such other and further relief that the court deems just and proper.

## **JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

DATED this 31st day of March, 2021.

                                    SNELL & WILMER L.L.P.

By: /s/ *Brett W. Jonson*
     Brett W. Johnson
     Ian R. Joyce
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona 85004-2202

     EVERSHEDS SUTHERLAND (US) L.L.P.

     Ian Shelton (*pro hac vice* forthcoming)
     600 Congress Ave, Suite 2000
     Austin, TX 78701

     *Attorneys for Plaintiff Nexo Capital Inc.*