# EXHIBIT A

DocuSign Envelope ID: 274BD371-8F45-4F0D-933A-3A607827EA2F

EXHIBIT B

| | |
|---|---|
| 1 | Brett W. Johnson (#021527) |
| | Ian R. Joyce (#035806) |
| 2 | SNELL & WILMER L.L.P. |
| | One Arizona Center |
| 3 | 400 E. Van Buren, Suite 1900 |
| | Telephone: 602.382.6000 |
| 4 | Email: bwjohnson@swlaw.com |
| 5 |      ijoyce@swlaw.com |
| 6 | Ian Shelton (admitted *pro hac vice*) |
| | EVERSHEDS SUTHERLAND (US) LLP |
| 7 | 600 Congress Ave, Suite 2000 |
| | Austin, TX 78701 |
| 8 | Telephone: 512.721.2714 |
| | Email: ianshelton@eversheds-sutherland.com |
| 9 | |
| | *Attorneys for Plaintiff Nexo Capital Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nexo Capital Inc., | No. CV-21-00555-PHX-JJT |
|     Plaintiff, | **JOINT STIPULATION AND [PROPOSED] PERMANENT INJUNCTION** |
| v. | |
| Lance Johansen, | |
|     Defendant. | |

46217764.1

# JOINT STIPULATION AND PERMANENT INJUNCTION

WHEREAS Lance Johansen began making statements on Trustpilot and other online platforms in January of 2021 that are identified in the Complaint filed by Nexo Capital Inc.;

WHEREAS Mr. Johansen's statements concerned Nexo Capital Inc. and its services;

WHEREAS Mr. Johansen's statements were published to third parties on the Internet and publicly available;

WHEREAS Mr. Johansen admits that his statements were defamatory, that he committed defamation under Arizona law, and that he freely and voluntarily consents to entry of the present permanent injunction and the relief granted herein; and

WHEREAS the Parties stipulate that the Court may enter the present stipulated permanent injunction.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties through their counsel of record, subject to the Court's approval, as follows:

It is ORDERED, ADJUDGED AND DECREED that Defendant Lance Johansen is hereby permanently enjoined and required to take the following actions:

1. Defendant Lance Johansen will take down and remove, or has already taken down and removed, all prior defamatory reviews from Trustpilot and any other online platform he has used to publish defamatory statements concerning Nexo Capital Inc.

2. Defendant Lance Johansen will cease and desist from repeating the defamatory statements concerning Nexo Capital Inc., that are identified in the Complaint, including without limitation statements that Nexo Capital Inc. is a fraud, is committing fraud (including by hiring bots or others to write good reviews, or by posting fake reviews), is a scam, liquidated most of its customers' entire accounts, is run by an ex-felon, is a criminal enterprise, is engaged in illegal activity, caused its customers to commit suicide, changed its terms and conditions to say it can do whatever it wants to do without notifying its customers, advertises itself as a risk-free non-margin platform, or is stealing from or robbing its customers.

3. Defendant Lance Johansen will cease and desist from making future defamatory statements concerning Nexo Capital Inc. that are similar to and/or not colorably different than the statements identified in the Complaint, including without limitation statements that Nexo Capital Inc. is a fraud, is committing fraud (including by hiring bots or others to write good reviews, or by posting fake reviews), is a scam, liquidated most of its customers' entire accounts, is run by an

ex-felon, is a criminal enterprise, is engaged in illegal activity, caused its customers to commit suicide, changed its terms and conditions to say it can do whatever it wants to do without notifying its customers, advertises as a risk-free non-margin platform, or is stealing from or robbing its customers.

IT IS SO STIPULATED.

DATED: June __9__, 2021

SNELL & WILMER L.L.P.

By: _____
Brett W. Johnson
Ian R. Joyce
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

EVERSHEDS SUTHERLAND (US) L.L.P.

Ian Shelton
600 Congress Ave, Suite 2000
Austin, TX 78701

*Attorneys for Plaintiff Nexo Capital Inc.*

DATED: 6/5/2021  _____

_____
Lance Johansen

- 3 -

46217764.1

# [PROPOSED] STIPULATED INJUNCTION

The Court has considered the joint stipulation regarding an agreed-to permanent injunction and finds that good cause exists for entry of the proposed injunction. Therefore,

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The parties' joint motion for entry of a permanent injunction is granted; and

2. Defendant Lance Johansen is hereby permanently enjoined as set forth in paragraphs 1 through 3 of the Parties' joint stipulation.

IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable John J. Tuchi
United States District Judge

46217764.1